ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ENVIRONMENTAL DEFENSE FUND, ET AL.,

   *Petitioners*,

  v.

LEE ZELDIN, ET AL.,

   *Respondents*.

Case No. 25-1164 and the consolidated case

**RESPONDENTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Circuit Rule 27(g), Respondents the United States Environmental Protection Agency and Lee Zeldin, in his official capacity as its Administrator (collectively, "EPA"), respectfully move this Court for a 28-day extension of time, until September 25, 2025, to respond to Petitioners' Motion for Summary Vacatur, ECF No. 2130555. Counsel for Respondents has conferred with counsel for Petitioners. Petitioners plan to oppose Respondents' motion for a 28-day extension but would be amenable to a 10-day extension. As explained below, however, a 10-day extension would be insufficient to allow for orderly preparation of EPA's response.  In support of this motion, EPA states as follows:

1.  On July 31, 2025, Petitioners sought review of an interim final rule entitled, "Extension of Deadlines in Standards of Performance for New,

1

Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review Final Rule," 90 Fed. Reg. 35966 (July 31, 2025) (hereinafter "Interim Rule"). ECF No. 2128496.

2.     Per the Clerk's August 4, 2025, Order, ECF No. 2128498, procedural motions are due by September 3, 2025, and the certified index, along with any dispositive motions, is due by September 18, 2025.

3.     On August 18, 2025, Petitioners moved for summary vacatur of the Interim Rule. ECF No. 2130555.

4.     EPA's response to Petitioners' Motion is currently due by August 28, 2025 (before counsel for EPA would have been required to file an appearance in this matter). Fed. R. App. P. 27(a)(3)(A). With this Motion, EPA requests a 28-day extension of this deadline.

5.     There is good cause for this Motion. EPA's requested extension is necessary to provide adequate time for EPA to prepare a response to Petitioners' motion and 369-page appendix, which includes 26 declarations. Undersigned counsel has significant other professional obligations in the next few weeks, including three dispositive briefs (due by August 28, September 19, October 20), a mediation (during the week of August 25), and a separate settlement negotiation meeting (in mid-September). In addition, EPA's response will need to undergo multiple levels of management review at both EPA and the Department of Justice.

Even with diligent and quick review, it is exceptionally difficult to prepare a response and complete interagency and management review in 10 days without undersigned counsel's other deadlines and would be nearly impossible to complete given these other constraints.

6.    This modest extension will not unduly delay the resolution of Petitioners' motion or this litigation. With this requested extension, Petitioners' Motion will be fully briefed by early October, 2025—less than two months after its filing and well in advance of the expiration of the challenged extensions (which expire in January 2027).[1] As such, this extension would grant EPA a fair chance to respond to Petitioners' motion without unnecessary delay or undue prejudice to Petitioners.[2]

7.    Though Petitioners would be amenable to a 10-day extension, this amount of additional time would not be sufficient to allow for the orderly preparation of EPA's brief. Undersigned counsel's other deadlines run through

---

[1] The Interim Rule also extends specific deadlines related to Net Heating Value by 120 days, into late November 2025, but those deadlines are not cited in Petitioners' Motion for Summary Vacatur.

[2] Notably, the Court recently granted EPA's motions for 28-day extensions to respond to petitioners' motions for summary vacatur concerning two different interim final rules. *GASP, et al., v. EPA*, Case No. 25-1166, Doc. No. 2130764 (Aug. 19, 2025); *Clean Air Council v. EPA*, Case No. 25-1163, Doc. No. 2129925 (Aug. 12, 2025).

early September, and EPA needs sufficient time to review Petitioners' lengthy

filing and prepare its response.

For these reasons, EPA respectfully requests that the Court grant this motion

and issue an order extending EPA's response deadline by 28 days, until September

25, 2025.

Respectfully submitted,

DATED:    August 20, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

*/s/ Elliot Higgins*
ELLIOT HIGGINS NY Bar No. 5737903
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 598-0240
Fax: (202) 514-8865
elliot.higgins@usdoj.gov

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 628 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

DATED:    August 20, 2025

*/s/ Elliot Higgins*
ELLIOT HIGGINS

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I filed the foregoing Respondents'

Motion for Extension of Time with the Court's CM/ECF system, which will

electronically serve counsel for the parties to these consolidated cases.

DATED:    August 20, 2025

*/s/ Elliot Higgins*
ELLIOT HIGGINS