# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-1164                  September Term, 2024

EPA-90FR35966

Filed On: August 26, 2025

Environmental Defense Fund, et al.,

        Petitioners

    v.

Lee M. Zeldin, Administrator, U.S.
Environmental Protection Agency and
Environmental Protection Agency,

        Respondents

------------------------------

Consolidated with 25-1168

       **BEFORE:**    Walker, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of respondents' motion to extend time to respond to petitioners' motion for summary vacatur, the opposition thereto, and the reply; and American Exploration & Production Council's motion to extend time, the opposition thereto, and the reply, it is

**ORDERED** that any responses to petitioners' motion for summary vacatur are now due by September 25, 2025. To avoid duplication, any movant-intervenors are directed to coordinate and combine their responses to the extent possible.

### Per Curiam

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                             BY:    /s/
                                    Selena R. Gancasz
                                    Deputy Clerk