# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1164**  **September Term, 2025**

EPA-90FR35966
EPA-90FR55671

Filed On: January 2, 2026 [2152707]

Environmental Defense Fund, et al.,

      Petitioners

    v.

Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency and Environmental Protection Agency,

      Respondents

------------------------------

American Exploration & Production Council, et al.,

      Intervenors

------------------------------

Consolidated with 25-1168, 25-1275

## O R D E R

Upon consideration of the motions for leave to intervene filed by:

Ohio Oil and Gas Association,
Independent Petroleum Association of America,
Kentucky Oil and Gas Association,
National Stripper Well Association,
Michigan Oil and Gas Association,
Western Energy Alliance,
Pennsylvania Independent Oil & Gas Association,
Indiana Oil and Gas Association,
International Association of Drilling Contractors,
Eastern Kansas Oil & Gas Association,
North Dakota Petroleum Council,
Texas Alliance of Energy Producers,
Petroleum Alliance of Oklahoma,
Illinois Oil & Gas Association,

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-1164**                                       **September Term, 2025**

Arkansas Producer Associations and Royalty Owners,
Gas and Oil Association of WV,
Kansas Independent Oil & Gas Association,
Texas Producer Associations & Royalty Owners Association,
American Exploration & Production Council,
GPA Midstream Association,
Interstate Natural Gas Association of America,
State of Missouri,
State of Alabama,
State of Georgia,
State of Ohio,
State of Kentucky,
State of Idaho,
State of Oklahoma,
State of Arkansas,
State of Alaska,
State of Iowa,
State of Montana,
State of West Virginia,
State of Kansas,
State of North Dakota,
Commonwealth of Virginia,
State of Wyoming,
State of Texas,
State of Indiana,
State of South Carolina,
State of Nebraska,
Arizona Legislature,
American Petroleum Institute,
Domestic Energy Producers Alliance,

it is **ORDERED** that the motions be granted.

      Circuit Rules 28(d) and 32(e)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondents. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1164**                                                          **September Term, 2025**

to file a brief.

      Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to D.C. Circuit Handbook of Practice and Internal Procedures 39 (2025), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. See D.C. Cir. Rule 39.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                         BY:     /s/
                                   Elbert B.J. Lestrade
                                   Deputy Clerk